# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TONIE M. SCRIMPSHIRE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 05-00124-WS-B** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 20, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 29th day of September, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE